JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEHNER,<br><br>                    Petitioner,<br><br>       v.<br><br>WARDEN,<br><br>                    Respondent. | Case No. 5:24-cv-01629-FLA (JC)<br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the "Motion Pursuant to 28 U.S.C. § 2241 Challenging 386 Disallowed First Step Act Credits" ("Petition") and the "Amended Petition Pursuant to 28 U.S.C. § 2241 Habeas Corpus Seeking Immediate Release" ("Supplemental Petition") are DENIED.  The Petition, the Supplemental Petition, and this action are DISMISSED.

　　IT IS SO ADJUDGED.

Dated:  February 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
FERNANDO L. AENLLE-ROCHA
United States District Judge